UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00210-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| ASHISH PRASAD BHATTARAI | |

This matter having come before the Court by the Defendant's unopposed motion for an order sealing the proposed sealed motion and proposed sealed order, DE 22, and for good cause shown, it is hereby ORDERED that the proposed sealed motion, proposed sealed order, and any order entered by the court remain under seal.

This 28 day of Septemberr, 2018.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge