UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-210-1BO

FILED IN OPEN COURT
ON 4/22/2019
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **INFORMATION** |
| ) | |
| ASHISH PRASAD BHATTARAI ) | |

The United States Attorney charges:

On or about August 8, 2017, in the Eastern District of North Carolina and elsewhere, the defendant, ASHISH PRASAD BHATTARAI, an alien, did knowingly file, and caused to be filed, an application for registration containing false statements, that is, defendant BHATTARAI filed an Application for Adjustment of Status (Form I-485) with United States Citizenship and Immigration Services stating that he had never claimed to be a United States citizen, when in fact, as he then and there knew, he had claimed to be a United States citizen in an Employment Eligibility Verification (Form I-9), on or about May 6, 2011, in violation of Title 8, United States Code, Section 1306(c).

ROBERT J. HIGDON, JR.
United States Attorney

*Sebastian Kielmanovich*
BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney